## Inmate Recap Report

Report Prepared on 3/26/2021 10:37:50 AM

| | |
|---|---|
| **Offender ID Display:** | 3659978 |
| **Inmate Name:** | Phillips, Herman Monroe |
| **Current Booking Number:** | 01 |
| **Housing Location:** | NRJ-A-1-03-FLR |
| **Booking Date:** | 19 Feb 2021 |
| **Booking Time:** | 16:30:00:000 |
| **Sentence Start Date:** | 10 Mar 2021 |
| **Sentence Length:** | ========> |
| **Original Release Date:** | 07 Jul 2021 |
| **Original Work Credit:** | 0 DAYS |
| **Original Good Time Credit:** | 60 DAYS |
| **Original Credit for Time Served:** | 20.00000 Days |
| **Initial Release Date:** | 18 Apr 2021 |

Original Calculation: 26 Mar 2021 by Stern, Thomas
Years=0 Months=0 Days=120 Hours=0

| | | | |
|---|---|---|---|
| **Original Release Date:** | 07 Jul 2021 | | |
| **Current Credit for Time Served:** | 20.00000 Days | 17 Jun 2021 | Entered On 26 Mar 2021 by Stern, Thomas |
| **Current Good Time Credit:** | 60 DAYS | 18 Apr 2021 | Entered On 26 Mar 2021 by Stern, Thomas |
| **Current Work Credit:** | 0 DAYS | 18 Apr 2021 | Entered On 26 Mar 2021 by Stern, Thomas |
| **Current Education Credit:** | 0 DAYS | 18 Apr 2021 | Entered On 26 Mar 2021 by Stern, Thomas |
| **Current Debits:** | 0 Days | 18 Apr 2021 | Entered On 26 Mar 2021 by Stern, Thomas |
| **Final Release Date:** | | 18 Apr 2021 | 09:00 AM |

**Debit Explanation:** 21-m35m-00308

**Comments:**

**Entered By:** [signature]     **Date:** 3/26/21

**Reviewed By:** _____     **Date:** _____

**Released By Staff Supervisor:** _____     **Date:** _____